**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

ACORDA THERAPEUTICS INC.,                )
                                         )
                        Plaintiff,       )
                                         )
        v.                               )   Civil Action No. 07-4937 (GEB-MCA)
                                         )
APOTEX INC. AND APOTEX CORP.,            )   **ORDER OF JUDGMENT**
                                         )
                        Defendants.      )
_____)

**BROWN, Chief Judge**

      This matter having been tried before this Court; and the parties having completed post-trial briefing on August 1, 2011; and for the reasons set forth in the accompanying bench opinion,

      IT IS THIS, 6th day of September, hereby;

      ORDERED that Apotex's proposed marketing of its generic product, as described in ANDA No. 78-868, on the facts presented before this Court, will not induce infringement of the patent; and it is further

      ORDERED that U.S. Patent No. 6,455,557 is invalid because it lacks enablement; and it is further

      ORDERED that Judgment is hereby entered in favor of Defendants Apotex, Inc. and Apotex Corp.

                          _____/s/ Garrett E. Brown_____
                          GARRETT E. BROWN, JR., U.S.D.J.